## No. 2.

### BUEL *against* VAN NESS. *Chittenden*, 1815.

THE Collector at the time the money is paid to the proper officer of the District Court, is entitled to the penalty, in exclusion of the Collector, who was such at the time the property was seized.

THIS decision was reversed in the Supreme Court of the United States.